# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

PASQUALE VERRILLI,

                    Plaintiff,              17 **CIVIL** 7886 (VB)

      -against-                     **JUDGMENT**

PAUL GONYEA and THE DEPARMENT OF
CORRECTIONS AND COMMUNITY SERVICES,
                    Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 23, 2020, Judge McCarthy's R&R is hereby adopted in its entirety; Accordingly, the petition for a writ of habeas corpus is denied; as petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealabilty will not issue; the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and this case is closed.

**DATED:** New York, New York
           April 27, 2020

                                                                **RUBY J. KRAJICK**
                                                                _____
                                                                    Clerk of Court
                                             BY:
                                                                   _____
                                                                      Deputy Clerk